STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
Email: srogers@rmcmlaw.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK GARFIELD ANDERSON, Individually; JEREMY RYAN ANDERSON, Individually,

Plaintiffs,

vs.

AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC., a foreign corporation; DOES I-V; and ROES I-V,

Defendants.

CASE NO. : 2:26-cv-01939-APG-DJA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that all claims related to the Complaint in the above-entitled matter be dismissed with prejudice, all parties to bear their own costs and attorney's fees.

Trial has not been set and no motions are pending.

DATED this 24th day of August, 2026.

GILLOCK & COGGESHALL

/s/ *Michael H. Coggeshall*

Michael H. Coggeshall, Esq.
Nevada Bar No. 14502
428 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 24th day of August, 2026.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Stephen H. Rogers*

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED** that pursuant to the Stipulation of the parties hereto, this case may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any Jury fees paid by the respective parties shall be returned to the same.

IT IS SO ORDERED:

Dated: August 25, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ *Stephen H. Rogers*

Stephen H. Rogers, Esq.
Nevada Bar No. 5755
700 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*